No. 237, Misc., October Term, 1948. WILLIAMS *v.* UNITED MINE WORKERS OF AMERICA, 335 U. S. 897. Second petition for rehearing denied.

OCTOBER 16, 1950.

No. 145. RICE *v.* ARNOLD, SUPERINTENDENT OF MIAMI SPRINGS COUNTRY CLUB. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the cause is remanded to the Supreme Court of Florida for reconsideration in the light of subsequent decisions of this Court in *Sweatt* v. *Painter,* 339 U. S. 629, and *McLaurin* v. *Oklahoma State Regents,* 339 U. S. 637. *Franklin H. Williams* for petitioner. *J. W. Watson, Jr.* and *John D. Marsh* for respondent.

No. 13, Original. UNITED STATES *v.* TEXAS. The opinion of this Court, 339 U. S. 707, is amended as follows:

1. On page 713, substitute for the quotation in line 19 the following: "on an equal footing with the original States in all respects whatever." [6]

2. On page 713, amend footnote 6 to read, "See Joint Resolution approved December 29, 1845, 9 Stat. 108."

3. On page 714, amend footnote 7 to read, "Joint Resolution approved March 1, 1845, 5 Stat. 797."

4. In the next to the last line on page 715, substitute "admitting" for "annexing".

The petition for rehearing is denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

[This opinion is reported, as amended, in the bound volume of 339 U. S. at pages 713, 714, 715.]